# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" STREET
### SACRAMENTO, CA  95814

**J & J Sports Productions, Inc.**

**DEFAULT JUDGMENT**

    **v.**

**Case No. CIV S-09-1225-FCD-KJN**

**Ann Marie Beachman and Geneva Jones**
**d/b/a The Blue Moon Lounge & Sports Bar**

_____

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendant:

    **Ann Marie Beachman and Geneva Jones**
    **d/b/a The Blue Moon Lounge & Sports Bar**

June 16, 2010

    VICTORIA C. MINOR, CLERK

    By: _____/s/_____
    Kyle Owen , Deputy Clerk